| PROB 22 (Rev. 11/23) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:20CR00012-02 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Isaiah Cruz New Haven, Connecticut | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. Paul A. Engelmayer U.S.D.J. | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/18/2023 | TO 08/17/2026 |

**OFFENSE**

Ct 3: Hobbs Act Robbery, in Violation of 18 U.S.C. 1951, Class C Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in District of Connecticut.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Connecticut upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 4/22/2024 Date | *United States District Judge* |
|---|---|

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Isaiah Cruz's supervision from the Southern District of New York to the , the sealed records of the Court in the above-styled matter relating to Isaiah Cruz are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Connecticut  and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

| 6/17/2024 *Effective Date* | *United States District Judge* |
|---|---|

AO 245B (Rev. 09/19)   Judgment in a Criminal Case      (form modified within District on Sept. 30, 2019)
             Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | )    **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| ISAIAH CRUZ | )    Case Number: S1 20-CR-12-02 (PAE) |
| | )    USM Number: 88102-054 |
| | ) |
| | )    Alex Huot & Bobbi Sternheim |
| | )    Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   Three (3) of the S1 Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery | 7/29/2020 | 3 |

    The defendant is sentenced as provided in pages 2 through   **7**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  All open counts  ☐ is  ☑ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/20/2021
Date of Imposition of Judgment

*Paul A. Engelmayer*
Signature of Judge

Paul A. Engelmayer, United States District Judge
Name and Title of Judge

7/21/2021
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA
                                    :
        - v. -
                                    :      SUPERSEDING
BRYANT BROWN,                              INDICTMENT
        a/k/a "Trigga," and         :
ISAIAH CRUZ                                S1 20 Cr. 12 (PAE)
        a/k/a "Pito,"               :

                   Defendants.      :
- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.   On or about December 20, 2015, in the Southern District of New York, BRYANT BROWN, a/k/a "Trigga," the defendant, and others known and unknown, knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and did aid and abet the same, to wit, BROWN attempted to rob Albendris Nuñez, a marijuana dealer, in the vicinity of Devoe Park in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:20–cr–00012–PAE–2

Case title: USA v. Brown

Magistrate judge case number:  1:20–mj–07407–UA

Date Filed: 01/06/2020

Date Terminated: 07/21/2021

Assigned to: Judge Paul A.
Engelmayer

**Defendant (2)**

**Isaiah Cruz**                              represented by    **Bobbi C Sternheim**
*TERMINATED: 07/21/2021*                                      Bobbi C. Sternheim, Esq.
*also known as*                                               225 Broadway
Sealed Defendant                                             Suite 715
*TERMINATED: 07/21/2021*                                      New York, NY 10007
*also known as*                                               212–243–1100
Pito                                                         Fax: 888–587–4737
*TERMINATED: 07/21/2021*                                      Email: bcsternheim@mac.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: CJA Appointment*

                                                             **Alex Stephen Huot**
                                                             Jay Goldberg, P.C.
                                                             250 Park Avenue
                                                             New York, NY 10177
                                                             (203)–623–7421
                                                             Fax: (212)–983–6008
                                                             Email: alexstephenhuot@gmail.com
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: CJA Appointment*

**Pending Counts**                                           **Disposition**

18:1951.F HOBBS ACT                                          IMPRISONMENT: Twenty–four (24) months.
ROBBERY                                                      SUPERVISED RELEASE: Three (3) years.
(3)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                        **Disposition**

18:924C.F USE OF A FIREARM                                   Dismissed
(4)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                               **Disposition**

18:1951.F INTERFERENCE
WITH COMMERCE BY THREAT
OR VIOLENCE , 18:924C.F
VIOLENT CRIME/DRUGS/GUN

---

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Jamie Ellen Bagliebter**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212)–637–2236<br>Email: jamie.bagliebter@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Mary Elizabeth Bracewell**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212) 637–2218<br>Fax: (212) 637–2443<br>Email: mbracewell@yettercoleman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2020 | | SEALED ORAL ORDER as to Sealed Defendant. (Signed by Magistrate Judge Robert W. Lehrburger on 7/15/2020)(dif) [1:20–mj–07407–UA] (Entered: 07/29/2020) |
| 07/15/2020 | 1 | COMPLAINT as to Isaiah Cruz (1). In Violation of 18 U.S.C. 1951, 924 (c), and 2 (Signed by Magistrate Judge Robert W. Lehrburger) (dif) [1:20–mj–07407–UA] (Entered: 07/29/2020) |
| 07/29/2020 | | Arrest of Isaiah Cruz. (dif) [1:20–mj–07407–UA] (Entered: 07/31/2020) |
| 07/29/2020 | 3 | CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE as to Isaiah Cruz.. (Signed by Magistrate Judge Sarah L Cave on 7/29/2020)(dif) [1:20–mj–07407–UA] (Entered: 07/31/2020) |
| 07/29/2020 | 4 | CJA 23 Financial Affidavit by Isaiah Cruz. (Signed by Magistrate Judge Sarah L Cave) (CJA Attorney Bobbi Sternheim Appointed) (dif) [1:20–mj–07407–UA] (Entered: 07/31/2020) |
| 07/29/2020 | | Attorney update in case as to Isaiah Cruz. Attorney Bobbi C Sternheim for Isaiah Cruz added.. (dif) [1:20–mj–07407–UA] (Entered: 07/31/2020) |
| 07/29/2020 | 5 | Minute EntryProceedings held before Magistrate Judge Sarah L Cave: Initial Appearance as to Isaiah Cruz held on 7/29/2020., Deft Appears with CJA Attorney Bobbi Sternheim and AUSA Jamie Bagliebter and Mollie Bracewell foe the government. $50,000 PRB; 2 FRP'S; Travel Limited to SDNY/EDNY and D. Conn; Surrender Travel Documents (& No New Applications); Pretrial Supervision As Directed by PTS; Drug Testing/Treatment As Directed by PTS; Home Detention; Electronic Monitoring; Deft to Continue or Seek Employment; Deft Not to Possess Firearm/Destructive Device/Other Weapon; Deft to Be Released on Own Signature, Plus the Following Conditions; See Below; Remaining Conditions to Be Met by 8/5/2020; (1) On Release Tonight, Deft to Travel Directly Home to Residence in New Haven and Remain Inside the Residence Until He Receives Further Instructions from his PTS Officer About Attaching Bracelet and Reporting to PTS D. CONN; (2) Deft is Permitted to Self Install the Home Monitoring Unit Under the Direction and Instructions of PTS; (3) Deft to Have No Contact with Victim and or Co–Defendants Unless in Presence of Counsel; (4) Location Monitoring Bracelet May Be Installed by |

| | | |
|---|---|---|
| | | PTS in D. CONN; ( Preliminary Hearing 8/28/2020 (dif) [1:20–mj–07407–UA] (Entered: 07/31/2020) |
| 07/29/2020 | 52 | Appearance Bond Entered as to Isaiah Cruz: $50,000 PRB TO BE CO–SIGNED BY 2 FINANCIALLY RESPONSIBLE PERSONS..... [**Advice of Penalties and Sanctions attached.] (jbo) (Main Document 52 replaced on 4/7/2021) (jbo). (Entered: 03/03/2021) |
| 08/28/2020 | 8 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Isaiah Cruz. Time excluded from 8/28/2020 until 9/28/2020. (Signed by Magistrate Judge Debra C. Freeman on 8/28/2020) [***Affirmation by AUSA Mollie Bracewell requesting a continuance until September 28, 2020 is attached.] (jbo) [1:20–mj–07407–UA] (Entered: 09/25/2020) |
| 08/31/2020 | 6 | TRANSCRIPT of Proceedings as to Isaiah Cruz re: Hearing held on 7/29/20 before Magistrate Judge Sarah L. Cave. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2020. Redacted Transcript Deadline set for 10/1/2020. Release of Transcript Restriction set for 11/30/2020. (mqu) [1:20–mj–07407–UA] (Entered: 08/31/2020) |
| 08/31/2020 | 7 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Isaiah Cruz. Notice is hereby given that an official transcript of a Hearing proceeding held on 7/29/20 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (mqu) [1:20–mj–07407–UA] (Entered: 08/31/2020) |
| 09/28/2020 | 9 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Isaiah Cruz. Time excluded from 9/28/2020 until 10/28/2020. (Signed by Magistrate Judge Robert W. Lehrburger on 8/28/2020) [***Affirmation by AUSA Mollie Bracewell requesting a continuance is attached.] (jbo) [1:20–mj–07407–UA] (Entered: 09/28/2020) |
| 11/17/2020 | 28 | (S1) SUPERSEDING INDICTMENT FILED as to Bryant Brown (1) count(s) 1s, 2s, 3s, 4s, Isaiah Cruz (2) count(s) 3, 4. (jbo) (Entered: 11/18/2020) |
| 11/17/2020 | | Case Designated ECF as to Isaiah Cruz. (jbo) (Entered: 11/18/2020) |
| 11/20/2020 | 29 | NOTICE OF ATTORNEY APPEARANCE: Alex Stephen Huot appearing for Isaiah Cruz. Appearance Type: CJA Appointment. (Huot, Alex) (Entered: 11/20/2020) |
| 11/25/2020 | 31 | SCHEDULING ORDER as to Isaiah Cruz: The Court schedules a telephonic conference in this case for December 4, 2020 at 10:30 a.m. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. To access the conference, the parties should call 888–363–4749 and use access code 468–4906. (Telephone Conference set for 12/4/2020 at 10:30 AM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 11/25/2020) (ap) (Entered: 11/25/2020) |
| 12/04/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Arraignment via telephone as to Isaiah Cruz (2) Count 3,4Isaiah Cruz (2) Count 3,4 held on 12/4/2020.Defendant present (on bond) with attorneys, Bobbi Sternheim & Alex Huot. AUSAs Jamie Bagliebter & Mollie Bracewell present w/ NYPD Detective Garcia. Court reporter present. All parties present via telephone. Defendant sworn, pleads NOT GUILTY to the Indictment. Bond continued. Time excluded to 1/27/2020. See transcript. Plea entered by Isaiah Cruz (2) Count 3,4Isaiah Cruz (2) Count 3,4 Not Guilty. Telephone Conference set for 1/27/2021 at 10:30 AM before Judge Paul A. Engelmayer. (ajs) (Entered: 12/04/2020) |
| 12/11/2020 | 32 | PROTECTIVE ORDER as to Bryant Brown, Isaiah Cruz...regarding procedures to be followed that shall govern the handling of confidential material.... (Signed by Judge Paul A. Engelmayer on 12/11/20)(jw) (Entered: 12/11/2020) |
| 01/20/2021 | 33 | SCHEDULING ORDER as to Bryant Brown, Isaiah Cruz. The Court schedules a telephonic conference in this case for January 27, 2021 at 12:00 p.m. The parties are to |

| | | |
|---|---|---|
| | | consult the Courts Emergency Individual Rules and Practices in Light of COVID−19, available at https://www.nysd.uscourts.gov/hon−paul−engelmayer. To access the conference, the parties should call 888−363−4749 and use access code 468−4906 (Telephone Conference set for 1/27/2021 at 12:00 PM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 1/20/2021) (ap) (Entered: 01/20/2021) |
| 01/26/2021 | 34 | TRANSCRIPT of Proceedings as to Bryant Brown, Isaiah Cruz re: Conference held on 12/4/20 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/16/2021. Redacted Transcript Deadline set for 2/26/2021. Release of Transcript Restriction set for 4/26/2021. (McGuirk, Kelly) (Entered: 01/26/2021) |
| 01/26/2021 | 36 | TRANSCRIPT of Proceedings as to Isaiah Cruz re: Conference held on 12/4/20 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/16/2021. Redacted Transcript Deadline set for 2/26/2021. Release of Transcript Restriction set for 4/26/2021. (McGuirk, Kelly) (Entered: 01/26/2021) |
| 01/26/2021 | 37 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Bryant Brown, Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 12/4/20 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/26/2021) |
| 01/27/2021 | 38 | ORDER as to Isaiah Cruz: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. (Signed by Judge Paul A. Engelmayer on 12/4/2020) (See ORDER set forth) (ap) (Entered: 01/27/2021) |
| 01/27/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Telephone Conference as to Bryant Brown, Isaiah Cruz held on 1/27/2021. Defendant Brown present (in custody) with attorneys, Clay Kaminsky & Florian Meidel. Defendant Cruz present (on bond) with attorneys Bobbi Sternheim & Alex Huot AUSAs Jamie Bagliebter & Mollie Bracewell present, w/ NYPD Detective Garcia. Court reporter present. See transcript. (ajs) (Entered: 01/27/2021) |
| 01/27/2021 | 39 | ORDER as to Bryant Brown, Isaiah Cruz. For the reasons stated on the record at todays conference, the Court set the following schedule: Any motions to suppress shall be filed by February 17, 2021. Responses to any such motions shall be filed by March 3, 2021. The Court will seek to schedule a jury trial for June 21, 2021, mindful that this date may or may not prove convenient for all counsel. A next conference in this case is scheduled for March 8, 2021 at 9:00 a.m. Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until March 8, 2021. Time excluded from 1/27/2021 until 3/8/2021. (Motions due by 2/17/2021. Responses due by 3/3/2021. Pretrial Conference set for 3/8/2021 at 09:00 AM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 1/27/2021) (ap) (Entered: 01/27/2021) |
| 02/01/2021 | 40 | TRANSCRIPT of Proceedings as to Bryant Brown, Isaiah Cruz re: Conference held on 11/20/20 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kelly Surina, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/22/2021. Redacted Transcript Deadline set for 3/4/2021. Release of Transcript Restriction set for 5/3/2021. (McGuirk, Kelly) (Entered: 02/01/2021) |
| 02/01/2021 | 41 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Bryant Brown, Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 11/20/20 has been filed by the court reporter/transcriber in the above−captioned |

| | | matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/01/2021) |
|---|---|---|
| 02/15/2021 | 42 | LETTER by Isaiah Cruz addressed to Judge Paul A. Engelmayer from Bobbi C. Sternheim dated 2/12/2021 re: Bail Modification (Sternheim, Bobbi) (Entered: 02/15/2021) |
| 02/15/2021 | 43 | MEMO ENDORSEMENT as to Isaiah Cruz on re: 42 We request that Mr. Cruz's bail conditions be modified to allow him to be present at Yale Children's Hospital, 1 Park St, New Haven, CT 06510 with his wife for the birth of their child, that he be allowed to remain with her until she is discharged from the hospital, and that he be allowed to travel between the hospital and their home as needed to care for their other child during this time....ENDORSEMENT...Granted. The Court wishes Mr. Cruz and his wife well. SO ORDERED (Signed by Judge Paul A. Engelmayer on 2/15/21)(jw) (Entered: 02/16/2021) |
| 02/22/2021 | 46 | ORDER as to Bryant Brown, Isaiah Cruz. There is a proceeding in this matter scheduled for March 8, 2021. Counsel are directed to confer and, within two business days of this Order, submit a joint letter indicating their views on whether the proceeding should be held or if it should be adjourned (and, if so, for how long). If either party believes that the proceeding should be held, counsel should explain why and indicate their views on (1) whether the proceeding should be held in person or remotely; and (2) whether, if permitted under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether. If the Defendant is detained, counsel should identify the facility in which the Defendant is held, and the Defendant's United States Marshal number; if the Defendant is not detained, counsel should indicate whether the Defendant would be capable of participating in a remote proceeding. Counsel is advised that, for the foreseeable future, some facilities (including the Metropolitan Correctional Center and the Metropolitan Detention Center) may require that any inmate appearing in court be quarantined for 14 days upon returning from their appearance. After reviewing the parties' joint letter, the Court will issue an order indicating whether the proceeding will be held and, if so, how; and addressing any other relevant deadlines and information. If a proceeding is held, it may have to be at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote. In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/22/2021)(bw) (Entered: 02/22/2021) |
| 02/24/2021 | 47 | JOINT LETTER by Bryant Brown as to Bryant Brown, Isaiah Cruz addressed to Judge Paul A. Engelmayer from Clay H. Kaminsky dated February 24, 2021 re: Scheduling Document filed by Bryant Brown. (Kaminsky, Clay) (Entered: 02/24/2021) |
| 02/26/2021 | 48 | TRANSCRIPT of Proceedings as to Bryant Brown, Isaiah Cruz re: Conference held on 10/2/20 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Carol Ganley, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/19/2021. Redacted Transcript Deadline set for 3/29/2021. Release of Transcript Restriction set for 5/27/2021. (McGuirk, Kelly) (Entered: 02/26/2021) |
| 02/26/2021 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Bryant Brown, Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 10/2/20 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/26/2021) |
| 03/01/2021 | 50 | ORDER as to Bryant Brown, Isaiah Cruz. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to |

| | | |
|---|---|---|
| | | proceed as safely as possible during the COVID–19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back–up cases that may proceed in its place if the primary case does not go forward. On January 27, 2021, following a telephone conference at which the Court discussed with counsel availability for trial in the second quarter of 2021, the Court informed the parties that it would seek to schedule a jury trial in this case for June 21, 2021. The Court has now been notified that this case has been given first priority to begin trial on June 14, 2021. Mindful of the possibility that the above factors may influence whether a trial in this case can go forward on that date, the Court instructs counsel not to make any further commitments that are inconsistent with a trial involving both defendants beginning on that date. The Court previously entered a schedule for the filing of motions to suppress. Defendant Brown filed such a motion on February 17, 2021; the Governments response is due by March 3, 2021. Dkt. 39. The Court has also scheduled a next conference in this case for March 8, 2021, at which the Court will discuss, inter alia, the pending suppression motion. Dkts. 4647. Those dates and deadlines remain in place. (Signed by Judge Paul A. Engelmayer on 3/1/21)(jw) (Entered: 03/01/2021) |
| 03/02/2021 | 51 | LETTER by USA as to Bryant Brown, Isaiah Cruz addressed to Judge Paul A. Engelmayer from AUSA Mollie Bracewell dated 3/2/2021 re: Response to Defense Motion Document filed by USA. (Bracewell, Mary) (Entered: 03/02/2021) |
| 03/03/2021 | 53 | ORDER as to Bryant Brown, Isaiah Cruz. The Court schedules a telephonic conference in this case for March 8, 2021 at 9:00 a.m. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. To access the conference, the parties should call 888–363–4749 and use access code 468–4906. (Signed by Judge Paul A. Engelmayer on 3/3/21)(jw) (Entered: 03/03/2021) |
| 03/04/2021 | 54 | TRANSCRIPT of Proceedings as to Bryant Brown, Isaiah Cruz re: Conference held on 1/27/21 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/25/2021. Redacted Transcript Deadline set for 4/5/2021. Release of Transcript Restriction set for 6/2/2021. (McGuirk, Kelly) (Entered: 03/04/2021) |
| 03/04/2021 | 55 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Bryant Brown, Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 1/27/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 03/04/2021) |
| 03/08/2021 | 56 | ORDER as to Bryant Brown, Isaiah Cruz. For the reasons stated on the record at todays conference, the Court sets the following schedule: – Any motions to sever shall be filed by March 22, 2021. – Responses to any such motions shall be filed by March 31, 2021. – A next conference in this case is schedule for April 12, 2021 at 10:00 a.m. – Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until April 12, 2021. – Trial in this case remains scheduled for June 14, 2021. See Dkt. 50. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/8/2021)(bw) (Entered: 03/08/2021) |
| 03/08/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Telephone Conference as to Bryant Brown, Isaiah Cruz held on 3/8/2021. Defendant Brown present (in custody) with attorneys, Clay Kaminsky & Florian Meidel. Defendant Cruz present (on bond) with attorneys Bobbi Sternheim & Alex Huot AUSAs Jamie Bagliebter & Mollie Bracewell present, w/ NYPD Detective Garcia. Court reporter present. See transcript. (ajs) (Entered: 03/08/2021) |
| 03/12/2021 | 57 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Clay H. Kaminsky dated March 12, 2021 re: Jury Selection Information . Document filed by Bryant Brown as to Bryant Brown, Isaiah Cruz. (Attachments: # 1 Text of Proposed Order Proposed Protective Order)(Kaminsky, Clay) (Entered: 03/12/2021) |

| | | |
|---|---|---|
| 03/12/2021 | 58 | PROTECTIVE ORDER as to Bryant Brown, Isaiah Cruz...regarding procedures to be followed that shall govern the handling of confidential material...(Signed by Judge Paul A. Engelmayer on 3/12/2021) (lnl) (Entered: 03/12/2021) |
| 03/22/2021 | 59 | NOTICE of Motion for Severance as to Bryant Brown, Isaiah Cruz (Huot, Alex) (Entered: 03/22/2021) |
| 03/22/2021 | 60 | MOTION to Sever Defendant *Cruz*. Document filed by Isaiah Cruz as to Bryant Brown, Isaiah Cruz. (Huot, Alex) (Entered: 03/22/2021) |
| 03/22/2021 | 61 | MOTION to Sever Counts . Document filed by Bryant Brown as to Bryant Brown, Isaiah Cruz. (Kaminsky, Clay) (Entered: 03/22/2021) |
| 03/30/2021 | 62 | LETTER by USA as to Bryant Brown, Isaiah Cruz addressed to Judge Paul A. Engelmayer from AUSA Mollie Bracewell dated 3/30/2021 re: Deadline Extension Document filed by USA. (Bracewell, Mary) (Entered: 03/30/2021) |
| 03/31/2021 | 63 | MEMO ENDORSEMENT as to Bryant Brown, Isaiah Cruz on re: 62 With the consent of counsel for defendants Bryant Brown and Isaiah Cruz, the Government respectfully requests an extension of the deadline for its response to the defendants pending severance motions, from March 31, 2021 until April 14, 2021....ENDORSEMENT...GRANTED. However, given the present trial schedule, the parties should not expect any further extensions of this deadline (Signed by Judge Paul A. Engelmayer on 3/31/21)(jw) (Entered: 03/31/2021) |
| 03/31/2021 | | Set/Reset Deadlines/Hearings as to Bryant Brown, Isaiah Cruz: Government Responses due by 4/14/2021. (jw) (Entered: 03/31/2021) |
| 04/07/2021 | 64 | SCHEDULING ORDER as to Bryant Brown, Isaiah Cruz: The Court schedules a telephonic conference in this case for April 12, 2021 at 12:00 p.m. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. To access the conference, the parties should call 888–363–4749 and use access code 468–4906. SO ORDERED. (Telephone Conference set for 4/12/2021 at 12:00 PM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 4/7/2021) (lnl) (Entered: 04/07/2021) |
| 04/07/2021 | 65 | SCHEDULING ORDER as to Isaiah Cruz: The Court schedules a change of plea hearing in this case for April 12, 2021 at 11:00 a.m. in Coutroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888–363–4749 and use access code 468–4906. SO ORDERED. (Change of Plea Hearing set for 4/12/2021 at 11:00 AM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 4/7/2021) (lnl) (Entered: 04/07/2021) |
| 04/12/2021 | | Order of Referral to Probation for Presentence Investigation and Report as to Isaiah Cruz. (ajs) (Entered: 04/12/2021) |
| 04/12/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Change of Plea Hearing as to Isaiah Cruz held on 4/12/2021. Defendant present (on bond) with attorneys, Alex Huot & Bobbi Sternheim (via telephone). AUSA Adam Hobson present. Court reporter present. Defendant sworn, changes plea of not guilty to GUILTY on Count 3 of the S1 Indictment. Bond continued. See transcript. Plea entered by Isaiah Cruz (2) Guilty as to Count 3. Sentencing set for 7/20/2021 at 10:30 AM before Judge Paul A. Engelmayer. (ajs) (Entered: 04/12/2021) |
| 04/14/2021 | 70 | MEMORANDUM in Opposition by USA as to Bryant Brown, Isaiah Cruz re 61 MOTION to Sever Counts .. (Bracewell, Mary) (Entered: 04/14/2021) |
| 04/23/2021 | 77 | TRANSCRIPT of Proceedings as to Bryant Brown, Isaiah Cruz re: Conference held on 3/8/21 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due |

| | | |
|---|---|---|
| | | 5/14/2021. Redacted Transcript Deadline set for 5/24/2021. Release of Transcript Restriction set for 7/22/2021. (McGuirk, Kelly) (Entered: 04/23/2021) |
| 04/23/2021 | 78 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Bryant Brown, Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 3/8/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 04/23/2021) |
| 05/10/2021 | 85 | TRANSCRIPT of Proceedings as to Isaiah Cruz re: Conference held on 4/12/21 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/1/2021. Redacted Transcript Deadline set for 6/10/2021. Release of Transcript Restriction set for 8/9/2021. (McGuirk, Kelly) (Entered: 05/10/2021) |
| 05/10/2021 | 86 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Isaiah Cruz. Notice is hereby given that an official transcript of a Conference proceeding held on 4/12/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 05/10/2021) |
| 06/28/2021 | 91 | LETTER by Isaiah Cruz addressed to Judge Paul A. Engelmayer from Alex Huot dated 06/28/2021 re: permission to travel (Huot, Alex) (Entered: 06/28/2021) |
| 06/28/2021 | 92 | LETTER by Isaiah Cruz addressed to Judge Paul A. Engelmayer from Alex Huot dated 06/28/2021 re: Updated Letter, permission to travel (Huot, Alex) (Entered: 06/28/2021) |
| 06/29/2021 | 93 | MEMO ENDORSEMENT as to Isaiah Cruz on re: 92 To request permission for Isaiah Cruz to travel this weekend. He would like to travel to his mother's home to celebrate his birthday and to drop his daughters off for an extended stay. He would travel with his wife and two daughters on July 3 and return with his wife on July 4....ENDORSEMENT...GRANTED. Mr. Cruz shall provide the Pretrial Services Department with a detailed itinerary of this trip (Signed by Judge Paul A. Engelmayer on 6/29/21)(jw) (Entered: 06/29/2021) |
| 07/06/2021 | 95 | ORDER as to Isaiah Cruz: There is a proceeding in this matter scheduled for July 20, 2021. Counsel are directed to confer and, within two business days of this Order, submit a joint letter indicating their views on whether the proceeding should be held or if it should be adjourned (and, if so, for how long). If either party believes that the proceeding should be held, counsel should explain why and indicate their views on (1) whether the proceeding should be held in person or remotely; and (2) whether, if permitted under the Constitution, the Federal Rules, and the CARES Act, the Defendant consents to a remote proceeding and/or to waiving his/her appearance altogether. If the Defendant is detained, counsel should identify the facility in which the Defendant is held, and the Defendant's United States Marshal number; if the Defendant is not detained, counsel should indicate whether the Defendant would be capable of participating in a remote proceeding. Counsel is advised that, for the foreseeable future, some facilities (including the Metropolitan Correctional Center and the Metropolitan Detention Center) may require that any inmate appearing in court be quarantined for 14 days upon returning from their appearance. After reviewing the parties' joint letter, the Court will issue an order indicating whether the proceeding will be held and, if so, how; and addressing any other relevant deadlines and information. If a proceeding is held, it may have to be at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the currently scheduled proceeding that they would be available for a proceeding, whether in person or remote. In the event of a remote proceeding, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. (Signed by Judge Paul A. Engelmayer on 7/6/2021) (ap) (Entered: 07/06/2021) |

| | | |
|---|---|---|
| 07/06/2021 | 96 | SENTENCING SUBMISSION by Isaiah Cruz. (Huot, Alex) (Entered: 07/06/2021) |
| 07/12/2021 | 97 | SENTENCING SUBMISSION by Isaiah Cruz. (Sternheim, Bobbi) (Entered: 07/12/2021) |
| 07/13/2021 | 98 | SCHEDULING ORDER as to Isaiah Cruz. The Court schedules sentencing in this case for July 20, 2021 at 2:30 p.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID–19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888–363–4749 and use access code 468–4906 (Sentencing set for 7/20/2021 at 02:30 PM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer.) (Signed by Judge Paul A. Engelmayer on 7/13/21)(jw) (Entered: 07/13/2021) |
| 07/13/2021 | 99 | SENTENCING SUBMISSION by USA as to Isaiah Cruz. (Bagliebter, Jamie) (Entered: 07/13/2021) |
| 07/16/2021 | 100 | ORDER as to Isaiah Cruz: In preparing for sentencing in this case, which is scheduled for July 20, 2021, the Com1 has noted that the Government's sentencing materials do not reflect any written statement from the victim of the offense or indication that the victim was ale11ed to his right to participate in this sentencing. The Court notifies Government counsel that, at sentencing, the Court will inquire whether such notice was given. (Signed by Judge Paul A. Engelmayer on 7/16/2021) (ap) (Entered: 07/16/2021) |
| 07/20/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Sentencing held on 7/20/2021 for Isaiah Cruz (2) Count 3. Defendant present (on bond) with attorneys, Alex Huot & Bobbi Sternheim. AUSAs Jamie Bagliebter & Mollie Bracewell present. Court reporter present. See judgment. (ajs) (Entered: 07/21/2021) |
| 07/21/2021 | | DISMISSAL OF COUNTS on Government Motion as to Isaiah Cruz (2) Count 4. (ap) (Entered: 07/21/2021) |
| 07/21/2021 | 101 | JUDGMENT IN A CRIMINAL CASE as to Isaiah Cruz (2). THE DEFENDANT: pleaded guilty to count Three (3) of the S1 Indictment. All open counts are dismissed on the motion of the United States. IMPRISONMENT: Twenty–four (24) months. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to a facility as close to Connecticut as possible to facilitate family visits. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2 p.m. on 9/10/2021. SUPERVISED RELEASE: Three (3) years. See ADDITIONAL SUPERVISED RELEASE TERMS. ASSESSMENT: $100.00 due immediately. (Signed by Judge Paul A. Engelmayer on 7/21/2021) (ap) (Entered: 07/21/2021) |
| 08/17/2021 | 105 | LETTER by Isaiah Cruz addressed to Judge Paul A. Engelmayer from Bobbi Sternheim dated 08/17/2021 re: surrender date (Huot, Alex) (Entered: 08/17/2021) |
| 08/18/2021 | 106 | MEMO ENDORSEMENT as to Isaiah Cruz on re: 105 LETTER by Isaiah Cruz addressed to Judge Paul A. Engelmayer from Attorney Bobbi Sternheim dated 08/17/2021 re: surrender date.... With consent of the government, I write to request that Isaiah Cruz's surrender date, presently set for Friday, September 10, 2021, be postponed for one week to Friday, September 17, 2021. ENDORSEMENT: GRANTED. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/18/2021)(bw) (Entered: 08/18/2021) |
| 09/17/2021 | 107 | TRANSCRIPT of Proceedings as to Isaiah Cruz re: Sentence held on 7/20/2021 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/8/2021. Redacted Transcript Deadline set for 10/18/2021. Release of Transcript Restriction set for 12/16/2021. (Moya, Goretti) (Entered: 09/17/2021) |
| 09/17/2021 | 108 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Isaiah Cruz. Notice is hereby given that an official transcript of a Sentence proceeding held on 7/20/2021 has been filed by the court reporter/transcriber in the above–captioned matter. The parties |

| | | have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 09/17/2021) |
|---|---|---|
| 06/24/2024 | 121 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. District of Connecticut as to Isaiah Cruz. (ap) (Entered: 06/24/2024) |
| 06/24/2024 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT via email as to Isaiah Cruz to the U.S.D.C. District of Connecticut. The following documents were emailed: Copy of the Transfer of Jurisdiction Form, copy of the indictment, copy of the docket sheet, copy of judgment and letter of acknowledgment. (ap) (Entered: 06/24/2024) |